IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NAUTILUS INSURANCE CO., et al. | : | NO. 02-CV-4033 |

<u>ORDER</u>

AND NOW, this _____ day of July, 2002, defendant Nautilus Insurance Company is **ORDERED** to inform the Court on or before July 16, 2002 whether all of the defendants who were served join in the notice of removal.

BY THE COURT:

_____
MARY A. McLAUGHLIN,   J.