IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | |
| | : | |
| v. | : | |
| | : | |
| NAUTILUS INSURANCE COMPANY | : | NO. 02-CV-4033 |
| | : | |
| and | : | |
| | : | |
| SCOTTSDALE INSURANCE COMPANY | : | |

---

## PRAECIPE TO ATTACH VERIFICATION

TO THE CLERK:

Please substitute the attached Verification of Kimberly Taube, a Representative of Defendant, Nautilus Insurance Company, for the Verification of Stuart S. Smith, Esquire to the Answer and Affirmative Defenses previously filed of record.

JOHN CHURCHMAN SMITH & ASSOCIATES, P.C.


BY: _____
STUART S. SMITH, ESQUIRE
Attorney for Defendant,
Nautilus Insurance Company
Attorney I.D. No. 58963
117-119 North Olive Street
P.O. Box 229
Media, PA 19063
(610) 565-3900

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : |
| | : |
| v. | : |
| | : |
| NAUTILUS INSURANCE COMPANY | :   NO. 02-CV-4033 |
| | : |
| and | : |
| | : |
| SCOTTSDALE INSURANCE COMPANY | : |

## CERTIFICATE OF SERVICE

STUART S. SMITH, ESQUIRE, attorney for defendant, Nautilus Insurance Company, hereby certifies that the Praecipe to Substitute Verification was served upon all counsel of record by United States first class mail.

JOHN CHURCHMAN SMITH & ASSOCIATES, P.C.

Dated: _____        BY: _____
STUART S. SMITH, ESQUIRE
Attorney for Defendant,
Nautilus Insurance Company
Attorney I.D. No. 58963
117-119 North Olive Street
P.O. Box 229
Media, PA 19063
(610) 565-3900