IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NAUTILUS INSURANCE AND SCOTTSDALE INSURANCE | : | NO. 02-4033 |

**O R D E R**

AND NOW, this 9th day of April, 200, it is Ordered that the final pretrial conference in the above captioned case scheduled on May 9, 2003 at 1:00 p.m. is rescheduled to 4:00 p.m.


ATTEST:                         or    BY THE COURT


BY:_____       _____
     Carol D. James, Deputy Clerk              MARY A. McLAUGHLIN,   J.


faxed from chambers 4/9/03:
    Paul A. Logan
    Scott J. Tredwell
    Stuart S. Smith

Civ 12 (9/83)