```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BETHLEHEM AREA SCHOOL DISTRICT,   :    CIVIL ACTION
                Plaintiff         :
                                  :
          v.                      :
                                  :
NAUTILUS INSURANCE and            :
SCOTTSDALE INSURANCE,             :
                Defendants        :    NO. 02-4033
```

ORDER

AND NOW, this _____ day of May, 2003, following a letter from the parties requesting that the dates in the Court's scheduling order be postponed and that they may propose a new schedule for this case, IT IS HEREBY ORDERED that:

1. The final pretrial and settlement conference scheduled for Friday, May 9, 2003 and the trial date of May 19, 2003 are postponed.

2. Counsel may propose a new schedule to reflect the timing of necessary coordinated discovery and the possible consolidation of the two cases pending in this District.

BY THE COURT:


_____
MARY A. McLAUGHLIN, J.