IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NAUTILUS INSURANCE COMPANY, et al, | : | |
| Defendants | : | NO. 02-4033 |

ORDER

AND NOW, this 22nd day of December, 2003, whereas the defendant Scottsdale Insurance Company's Motion for Summary Judgment (Docket No. 13) and the defendant Nautilus Insurance Company's Motion for Summary Judgment (Docket No. 17) are pending; and whereas the Court issued an Order on May 8, 2003 asking the parties to propose a schedule that reflected any necessary coordinated discovery as well as the possible consolidation with another case pending in this District, IT IS HEREBY ORDERED that the parties shall inform the Court, on or before Monday, January 5, 2004, of the status of this case and whether the pending motions for summary judgment are now ripe for decision.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.