IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | |
| v. | : | |
| NAUTILUS INSURANCE COMPANY | : | NO. 02-CV-4033 |
| and | : | |
| SCOTTSDALE INSURANCE COMPANY | : | |

---

**WITHDRAWAL/ENTRY OF APPEARANCE**

    Kindly enter the appearance of Kathleen K. Barksdale, Esquire on behalf of defendant, Nautilus Insurance Company. Kindly withdraw the appearance of Stuart S. smith, Esquire on behalf of defendant, Nautilus Insurance Company.

 

_____
KATHLEEN K. BARKSDALE, ESQUIRE
Attorney for Defendant, Nautilus Insurance Company
Attorney I.D. No. 30620
117-119 North Olive Street
Media, PA 19063
(610) 565-3900