IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : : : | CIVIL ACTION |
| v. | : : | |
| NAUTILUS INSURANCE COMPANY, et al. | : : | NO. 02-4033 |

### REVISED NOTICE

AND NOW, this _____ day of January, 2004, notice is hereby given that the status conference by telephone originally scheduled in the above-captioned case for Wednesday, February 4, 2004, at 9:30 A.M. is RESCHEDULED for Wednesday, February 11, 2004 at 9:30 A.M. Plaintiff's counsel shall initiate the call. Judge McLaughlin's chambers telephone number is 267-299-7600

BY THE COURT:

_____
MARY A. McLAUGHLIN,  J.

Civ 12 (9/83)