IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NAUTILUS INSURANCE COMPANY, et al., | : | |
| Defendants | : | NO. 02-4033 |

ORDER

AND NOW, this 27th day of January, 2004, IT IS HEREBY ORDERED that a telephone status conference is scheduled for Wednesday, February 4, 2004 at 9:30 A.M. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.