# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | ) |
| v. | ) No. 02-CV-4033 |
| NAUTILUS INSURANCE COMPANY | ) |
| and | ) |
| SCOTTSDALE INSURANCE COMPANY | ) |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance as co-counsel in the above-captioned matter on behalf of Defendant, Scottsdale Insurance Company.

                    SWARTZ CAMPBELL LLC

                    By:_____
                          John F. Lewis, Esquire
                          1601 Market Street, 34th Floor
                          Philadelphia, PA 19103
                          Attorney for Defendant,
                          Scottsdale Insurance Company

## **CERTIFICATE OF SERVICE**

I, John F. Lewis, hereby certify that a true and correct copy of the Entry of Appearance was served by United States Mail, First Class, postage prepaid addressed as follows:

    Mary J. Pedersen and Paul Logan
    Powell, Trachtman, Logan, Carrle, et al.
    475 Allendale Road
    Suite 200
    King of Prussia, PA 19406
    Counsel for Bethlehem Area School District

    Kathleen Barksdale, Esquire
    John Churchman Smith & Associates
    117-119 North Olive Street
    P.O. Box 229
    Media, PA 19063
    Counsel for Nautilus Insurance Company

    _____
    John F. Lewis, Esquire
    Attorneys for Defendant,
    Scottsdale Insurance Company

DATED:  February 6, 2004