```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BETHLEHEM AREA SCHOOL         :    CIVIL ACTION
DISTRICT,                     :
          Plaintiff           :
                              :
     v.                       :
                              :
NAUTILUS INSURANCE COMPANY,   :
et al.,                       :
          Defendants          :    NO. 02-4033
```

ORDER

AND NOW, this 11th day of February, 2004, following a telephone status conference with counsel, IT IS HEREBY ORDERED that the plaintiff shall inform the Court of the status of this case and the status of all related cases, including any dates set in those cases, on or before Monday, April 12, 2004.  The Court will not schedule a discovery end date until the plaintiff has so informed the Court.


                              BY THE COURT:


                              _____
                              MARY A. MCLAUGHLIN, J.