```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BETHLEHEM AREA SCHOOL          :    CIVIL ACTION
DISTRICT,                      :
          Plaintiff            :
                               :
     v.                        :
                               :
NAUTILUS INSURANCE COMPANY,    :
et al.,                        :
          Defendants           :    NO. 02-4033
```

ORDER

AND NOW, this 11th day of February, 2004, upon consideration of the defendant Scottsdale Insurance Company's Motion for Summary Judgment (Docket No. 13), the defendant Nautilus Insurance Company's Motion for Summary Judgment (Docket No. 17), and all responses thereto, and following a telephone status conference with counsel, IT IS HEREBY ORDERED that the motions are DENIED without prejudice in view of other related pending cases.  The Court will treat the motions as renewed after the status of the other related cases is determined.


                              BY THE COURT:


                              _____
                              MARY A. MCLAUGHLIN, J.