IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETHLEHEM AREA SCHOOL         :     CIVIL ACTION
DISTRICT,                     :
                 Plaintiff   :
                             :
        v.                   :
                             :
NAUTILUS INSURANCE COMPANY,   :
et al.,                      :
                 Defendants  :     NO. 02-4033

ORDER

        AND NOW, this 28th day of April, 2004, whereas this
case has been pending since June 24, 2002; whereas the defendants
filed motions for summary judgment on July 21, 2003 and August
28, 2003; whereas the Court denied those motions without
prejudice on February 11, 2004, stating that the motions would be
treated as renewed when the status of the related cases was
determined; whereas the Court ordered the plaintiff to inform the
Court of the status of this case and the related cases, including
any dates set in those related cases, by April 12, 2004; and
whereas the plaintiff sent a letter to the Court on April 22,
2004 regarding the related cases but without any discussion of
the dates set, IT IS HEREBY ORDERED that a status conference is
scheduled for Monday, May 17, 2004 at 3:00 P.M. in Courtroom 3B,
United States Courthouse, 601 Market Street, Philadelphia,
Pennsylvania.

                        BY THE COURT:


                        _____
                        MARY A. MCLAUGHLIN, J.