```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETHLEHEM AREA SCHOOL          :     CIVIL ACTION
DISTRICT,                      :
            Plaintiff          :
                               :
       v.                      :
                               :
NAUTILUS INSURANCE COMPANY,    :
et al.,                        :
            Defendants         :     NO. 02-4033
```

ORDER

AND NOW, this 18th day of May, 2004, IT IS HEREBY ORDERED that a status conference is scheduled for Friday, June 18, 2004 at 3:00 P.M., in Courtroom 3B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.