IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : : : | CIVIL ACTION |
| v. | : : | |
| NAUTILUS INSURANCE COMPANY, et al. | : : | NO. 02-4033 |

**ORDER**

      AND NOW, this 17th day of June, 2004, notice is hereby given that the status conference scheduled in the above-captioned case for Friday, June 18, 2004, at 3:00 P.M. is **RESCHEDULED** to 9:00 A.M., on the same date, United States District Court, Courtroom 3B, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
MARY A. McLAUGHLIN,   J.

Faxed:
Paul A. Logan
Kathleen K. Barksdale
John F. Lewis

Civ 12 (9/83)