IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NAUTILUS INSURANCE COMPANY, et al., | : | |
| Defendants | : | NO. 02-4033 |

### ORDER

AND NOW, this 19th day of July, 2004, whereas the Court denied the defendants' motions for summary judgment without prejudice on February 11, 2004, stating that the motions would be treated as renewed when the status of the related cases was determined; whereas oral argument was held on June 18, 2004 to determine the status of the case and the related cases; whereas counsel for the defendants have indicated that they will not waive any statute of limitations arguments in the future; and whereas the plaintiff sent a letter to the Court on July 16, 2004 requesting time to prepare a motion to place the case in suspense, IT IS HEREBY ORDERED that this case shall be placed in suspense until the earlier of six months or the resolution of the action before the Court of Common Pleas of Northampton County. The plaintiff shall inform the Court when that case has been resolved.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.