IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NAUTILUS INSURANCE COMPANY, et al., | : | |
| Defendants | : | NO. 02-4033 |

ORDER

AND NOW, this 3rd day of February, 2005, whereas on July 19, 2004, the Court placed the case in suspense until the earlier of six months or the resolution of the action before the Court of Common Pleas of Northampton County; whereas the plaintiff's counsel informed the Court in a letter dated January 18, 2005, of the status of the litigation pending in the Court of Common Pleas of Northampton County; and whereas the defendants have not responded to the letter, IT IS HEREBY ORDERED that this case shall remain in suspense until the earlier of six months or the resolution of the action before the Court of Common Pleas of Northampton County. The plaintiff shall inform the Court when that case has been resolved.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. MCLAUGHLIN, J.