IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : |
| | : |
| V. | : |
| | : |
| NAUTILUS INSURANCE COMPANY | :    NO: 02- CV-4033 |
| | : |
| AND | : |
| | : |
| SCOTTSDALE INSURANCE COMPANY | : |

**NOTICE WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Kathleen K. Barksdale, Esquire, on behalf of Defendant,

Nautilus Insurance Company.


Date:_____                    _____
                                  KATHLEEN K. BARKSDALE, ESQUIRE
                                  Attorney for Defendant, Nautilus Insurance Company
                                  Validation Code KKB2084
                                  Attorney I.D. No. 09012
                                  117-119 North Olive Street
                                  Media, PA 19063
                                  610 565-3900