IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | |
| | : | |
| V. | : | |
| | : | |
| NAUTILUS INSURANCE COMPANY | : | NO: 02- CV-4033 |
| | : | |
| AND | : | |
| | : | |
| SCOTTSDALE INSURANCE COMPANY | : | |

**NOTICE ENTRY OF APPEARANCE**

    Kindly enter the appearance of John Churchman Smith, Esquire, on behalf of Defendant, Nautilus Insurance Company.

Date:_____   _____
JOHN CHURCHMAN SMITH, ESQUIRE
Attorney for Defendant, Nautilus Insurance Company
Attorney I.D. No. 09012
117-119 North Olive Street
Media, PA 19063
610 565-3900