IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETHLEHEM AREA SCHOOL       :
DISTRICT,                   :
        Plaintiff,        :   CIVIL ACTION
                           :
   v.                      :
                           :
ZURICH GROUP, et al.,       :
        Defendants        :   NO. 02-6881

## ORDER

AND NOW, this 26th day of September, 2005, whereas on February 3, 2005, the Court ordered that this case would remain in suspense until the earlier of six months or the resolution of the action before the Court of Common Pleas of Northampton County; whereas the plaintiff was to inform the Court when that case had been resolved; and whereas the plaintiff has not so informed the Court, IT IS HEREBY ORDERED that the plaintiff shall inform the Court of the current status of the pending litigation in the Court of Common Pleas of Northampton County on or before October 3, 2005.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.