IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| NAUTILUS INSURANCE CO., et al. | : | |
| Defendants | : | NO. 02-4033 |

ORDER

AND NOW, this 23rd day of March, 2006, upon receipt of a letter dated March 22, 2006 from counsel for the plaintiff stating that the parties have agreed to settle this case and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, IT IS HEREBY ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.